# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **NIMA SEYED KHAMOUSH, et al.,** | **CIVIL NO: 5:21-cv-03690** |
| **VERSUS** | **JUDGE FOOTE** |
| **ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, et al.,** | **MAGISTRATE JUDGE HORNSBY** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Petitioners and Respondents hereby stipulate to dismissal of the above-captioned action filed on May 6, 2021 in the District of Columbia (docket # 1:21-cv-01239) and transferred in to this Court on October 19, 2021.

Dated: October 21, 2021.

          Respectfully submitted,

By:   *s/ Hashim G. Jeelani*
       Hashim G. Jeelani (MI0081)
       JEELANI LAW FIRM, PLC
       28411 Northwestern Hwy, Suite 875
       Southfield, MI 48034
       (248) 850-7841
       Fax: (312) 767-9030
       Email: hashim@jeelani-law.com

*Counsel for Petitioners*

               ALEXANDER C. VAN HOOK
               ACTING UNITED STATES ATTORNEY

By:  *s/ E. Henry Byrd, IV.*
   E. HENRY BYRD, IV (#37435)
   Assistant United States Attorney
   300 Fannin Street, Suite 3201
   Shreveport, Louisiana 71101-3068
   (318) 676-3600 // Fax: (318) 676-3642
   Email: edwin.byrd@usdoj.gov

   *Counsel for Respondents*

2